UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMEE WELLMAN,

    Plaintiff,                        Case No. 3:22-cv-360

vs.

GREENE COUNTY PUBLIC HEALTH,      District Judge Michael J. Newman

    Defendant.

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that any of the parties may, upon good cause shown within **sixty (60) days**, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

December 5, 2024                               s/*Michael J. Newman*
                                                           Hon. Michael J. Newman
                                                           United States District Judge